IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30409
Conference Calendar

_____


JUVENTINO MUNOZ,

                                        Plaintiff-Appellant,

versus


GLEN JAMBON, Major, Administrator of
Jefferson Parish Correctional Center,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-2372
- - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Juventino Munoz, Louisiana prisoner # 352797, moves this

court for leave to appeal, in forma pauperis (IFP), the dismissal

of his civil rights complaint.  Munoz is BARRED by 28 U.S.C.

§ 1915(g) from proceeding IFP because, on at least three prior

occasions while incarcerated, Munoz has brought an action or

appeal in a United States Court that was dismissed for

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

frivolousness, for maliciousness, or for failure to state a claim

for which relief can be granted.  See <u>Adepegba v. Hammons</u>, 103 F.3d 383, 387 (5th Cir. 1996); <u>see also</u> <u>Munoz v. Jambon</u>, 94-CV-4192-J (E.D. La. 1994); <u>Munoz v. Simone</u>, CA-95-2559-L (E.D. La. 1995); <u>Munoz v. Garrison</u>, 95-CV-1691 (M.D. La. 1997).

Accordingly, Munoz's motion for IFP is DENIED.  He may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  This appeal is DISMISSED.

Munoz has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DENIED.  APPEAL DISMISSED.